Case 1:14-cr-02081-SMJ    Document 10    Filed 09/14/16

PROB 12C
(6/16)

Report Date: September 14, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffery Dewane Rincker          Case Number: 1:14CR02081-SMJ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Union Gap, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable S. Maurice Hicks, Jr. , U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: June 30, 2005

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); |
| Original Sentence: | Prison 124 months; TSR - 60 months |
| Asst. U.S. Attorney: | TBD |
| Defense Attorney: | TBD |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 25, 2013

Date Supervision Expires: January 24, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: On September 2, 2016, Mr. Rincker was arrested and charged in Yakima County Superior Court, cause number 16-1-01573-1, with theft 1, in violation of RCW 9A.56.030. |
| | The following information is taken from Yakima Police reports for incident # 16Y038706. On September 1, 2016, the owner of Westside Pizza in Yakima, Washington, contacted the Yakima Police Department (YPD) to report a theft, from his business, of approximately $75,000 between April 11, 2015, and August 29, 2016.  The owner stated his business has been struggling financially despite good reviews, and a strong customer base. Since the business was struggling, the owner followed up the with point of sale company to conduct an audit.  The point of sale system is used for all financial transactions at the business. |
| | The owner explained, when Mr. Rincker would ring up a cash customer, he would take the full amount as normal.  Later in the day, Mr. Rincker would re-open the account and change the original total to a lesser amount, such as only showing a soda or sauce cup was |

purchased, rather than the full purchase.  One example was on April 11, 2015, Mr. Rincker changed the original value of $75.66 to a new value of $9.71.  Resulting in over $65 being taken from the business.  The owner said Mr. Rincker would take between $300 and $400 in cash each shift by changing the values of purchases.  The owner also provided YPD detectives with video showing Mr. Rincker taking money out of the till at the same time changes were made in the value of previously purchased items.

On September 2, 2016, Mr. Rincker was arrested at Westside Pizza by YPD.  He was interviewed by detectives and denied stealing any money.  Mr. Rincker was charged in Yakima County Superior Court, cause number 16-1-01573-1, with theft 1, in violation of RCW 9A.56.030.  He was released on bail and his next court date is scheduled for September 20, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 14, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

09/14/2016
Date