PROB 12C
(6/16)

Case 1:14-cr-02081-SMJ    Document 25    Filed 01/25/17

PROB 12C
(6/16)

Case 1:14-cr-02081-SMJ    Document 25    Filed 01/25/17

Report Date: January 25, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffery Dewane Rincker          Case Number: 1:14CR02081-SMJ-1

Address of Offender: ███████████ , Naches, Washington 98937

Name of Sentencing Judicial Officer:  The Honorable S. Maurice Hicks, Jr. , U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 30, 2005

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 124 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: | January 25, 2013 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: | January 24, 2018 |

### PETITIONING THE COURT

     **To incorporate the violation contained in this petition in future proceeding with the violation previously reported to the Court on 9/14/2016.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #7**: The offender shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | **Supporting Evidence**: On January 20, 2017, Mr. Rincker admitted to consuming methamphetamine on January 18, 2017. Mr. Rincker initially denied using any controlled substances; however, later admitted to consuming methamphetamine after his urinalysis showed presumptive positive results. |

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on:     January 25, 2017

                                   s/Phil Casey

                                   Phil Casey
                                   U.S. Probation Officer

Prob12C
**Re: Rincker, Jeffery Dewane**
**January 25, 2017**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

      01/25/2017
Date