PROB 12C
(6/16)

Report Date: February 10, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffery Dewane Rincker               Case Number: 1:14CR02081-SMJ-1

Address of Offender: ████████████   Naches, Washington 98937

Name of Sentencing Judicial Officer:  The Honorable S. Maurice Hicks, Jr. , U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 30, 2005

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 124 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: January 25, 2013 |
| Defense Attorney: | Jeffrey Dahlberg | Date Supervision Expires: January 24, 2018 |

## PETITIONING THE COURT

**To issue a warrant and to incorporate the violation contained in this petition in future proceeding with the violations previously reported to the Court on 9/14/2016 and 1/25/2017.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #7**: The offender shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

**Supporting Evidence**: On February 3, 2017, Mr. Rincker provided a presumptive positive urinalysis test for methamphetamine. Mr. Rincker denied using any controlled substances and the urinalysis was sent to Alere Toxicology Services (Alere) for testing. On February 9, 2017, this officer received a drug test report from Alere showing positive results for amphetamine. After this officer confronted Mr. Rincker with the drug test report, Mr. Rincker continued to deny consuming any controlled substances on or about February 3, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | Feburary 10, 2017 |
| | s/Phil Casey |
| | Phil Casey U.S. Probation Officer |

**Prob12C**
**Re: Rincker, Jeffery Dewane**
**February 10, 2017**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other


_____
Signature of Judicial Officer

                02/13/2017
_____
Date